PROB 12C
(6/16)

Report Date: June 20, 2023

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Johnny Thomas Axtell | Case Number: 0980 1:20CR02031-SAB-1 |
| Address of Offender: ▆▆▆▆▆▆▆ Wapato, Washington 98951 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: May 10, 2022 | |
| Original Offense: Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A) | |
| Original Sentence: Prison - 36 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Richard Burson | Date Supervision Commenced: February 13, 2023 |
| Defense Attorney: Richard Smith | Date Supervision Expires: February 12, 2027 |

## PETITIONING THE COURT

To issue a summons.

On February 15, 2023, conditions of release were reviewed and signed by Mr. Axtell, acknowledging an understanding.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Axtell is alleged to have violated his supervised release conditions by consuming methamphetamine on or about May 15, 2023. |
| | On May 16, 2023, this officer received a telephone call from staff at Merit Resource Services (Merit) stating that Mr. Axtell had arrived the day prior for his colorline urinalysis (UA) test; however, it was 5 minutes before the location was closing. Mr. Axtell admitted to Merit staff that his UA would be positive for methamphetamine. Merit staff encouraged Mr. Axtell to contact this officer. |

Prob12C
Re: Axtell, Johnny Thomas
June 20, 2023
Page 2

On May 17, 2023, Mr. Axtell contacted this officer via telephone. This officer discussed the recent relapse from May 15, 2023, and Mr. Axtell acknowledged some triggers for the relapse were family related as a relative had passed away. Mr. Axtell also admitted that his last consumption of methamphetamine was on Monday, May 15, 2023.

2  **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Axtell is alleged to have violated his conditions of supervised release by failing to provide a UA to Merit as directed on May 18, 2023.

On May 19, 2023, this officer received notification from staff at Merit that Mr. Axtell had missed his colorline UA on May 18, 2023. That same day, this officer contacted Mr. Axtell via telephone whereby this officer informed Mr. Axtell he had missed his colorline UA the day prior. Mr. Axtell admitted he had forgotten to provide the colorline UA on May 18, 2023, but assured this officer he would provide one on May 19, 2023. This officer told Mr. Axtell that he would notify Merit staff of his arrival before 5 p.m. that day.

Later in the day on May 19, 2023, this officer received notification from Merit that Mr. Axtell's UA had returned positive for amphetamine and methamphetamine. Mr. Axtell also signed an admission/denial form at Merit admitting his consumption of amphetamine and methamphetamine.

3  **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Axtell is alleged to have violated his supervised release conditions by consuming methamphetamine on or about May 19, 2023.

Please refer to the supporting evidence narrative in Violation #2.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 20, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C
Re: Axtell, Johnny Thomas
June 20, 2023
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

_6/21/2023_
Date