PROB 12C
(6/16)

Report Date: January 5, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Johnny Thomas Axtell          Case Number: 0980 1:20CR02031-SAB-1

Address of Offender: ████████████ Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 10, 2022

Original Offense:          Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1),
                           (b)(1)(A)

Original Sentence:         Prison - 36 months          Type of Supervision: Supervised Release
                           TSR - 48 months

Revocation Sentence:       Prison - 19 days
July 26, 2023              TSR- 34 months

Asst. U.S. Attorney:       Courtney Pratten             Date Supervision Commenced: July 26, 2023

Defense Attorney:          Alex B. Hernandez            Date Supervision Expires: May 25, 2026

---

### PETITIONING THE COURT

To issue a warrant.

On July 27, 2023, conditions of release were reviewed and signed by Mr. Axtell, acknowledging an understanding.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Axtell is alleged to have violated his supervised release conditions by consuming fentanyl on or about December 4, 7, 19, and 21, 2023.

Mr. Axtell provided random drug tests on December 4, 7, 19, and 21, 2023.  All tests were sent to the laboratory for testing and the laboratory reports indicated positive results for fentanyl in all four drug tests.

Mr. Axtell adamantly denies consuming fentanyl and reports he was around a friend who consumes fentanyl, which could have resulted in the positive results.

Prob12C
**Re: Axtell, Johnny Thomas**
**January 5, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     January 5, 2024
_____

s/Phil Casey
_____

Phil Casey
U.S. Probation Officer

═══════════════════════════════════════════════

THE COURT ORDERS

[  ]     No Action
[ X]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[  ]     Other

_____
Signature of Judicial Officer

1/5/2024
_____

Date