PROB 12C
(6/16)

Report Date: January 16, 2024

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Johnny Thomas Axtell | Case Number: 0980 1:20CR02031-SAB-1 |
| Address of Offender: ███████████ , Wapato, Washington 98951 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 10, 2022

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A) | |
| Original Sentence: | Prison - 36 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 26, 2023) | Prison - 19 days<br>TSR- 34 months | |
| Asst. U.S. Attorney: | Courtney Pratten | Date Supervision Commenced: July 26, 2023 |
| Defense Attorney: | Alex B. Hernandez | Date Supervision Expires: May 25, 2026 |

### PETITIONING THE COURT

To incorporate the alleged violation with the violation previously reported to the Court on 01/05/2024.

On July 27, 2023, conditions of release were reviewed and signed by Mr. Axtell, acknowledging an understanding.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Axtell is alleged to have violated his supervised release conditions by consuming fentanyl on or about January 3, 2024. |
| | Mr. Axtell provided a random drug test on January 3, 2024.  The drug test was sent to the national laboratory for testing.  On January 9, 2024, the laboratory sent a report to U.S. Probation indicating a positive result for fentanyl. |

Prob12C
Re: Axtell, Johnny Thomas
January 16, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violation with the violation previously reported to the Court on January 5, 2024. Mr. Axtell has a supervised release revocation hearing scheduled for January 25, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 16, 2024

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

1/16/2024
Date